# REMOVAL TO FEDERAL COURT

## <u>STATE COURT RECORD</u>

STATE OF INDIANA

Marion County Superior Court

49D06-2104-CT-012127

SHANI GRINSPAN

v.

WORLD WIDE CARRIERS US INC. AND JAGDEEP CHAHIL

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Shani Grinspan v. World Wide Carriers US Inc, Jagdeep Chahil

| | |
|---|---|
| Case Number | 49D06-2104-CT-012127 |
| Court | Marion Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 04/09/2021 |
| Status | 04/09/2021 , Pending  (active) |

## Parties to the Case

Defendant   World Wide Carriers US Inc

<u>Address</u>
c/o United Corporate Services, IN RA
2285 South Michigan Road
Eaton Rapids, MI 48827

<u>Attorney</u>
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

<u>Attorney</u>
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

Defendant   Chahil, Jagdeep

Summary of Case

#### Attorney
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

#### Attorney
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

---

Plaintiff　　Grinspan, Shani

#### Address
c/o Craig Kelley and Faultless
5845 Lawton Loop East Drive
Indianapolis, IN 46216

#### Attorney
Scott Anthony Faultless
*#1573649, Lead, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

#### Attorney
Christopher M. Barry
*#2625449, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

#### Attorney
Whitney L. Coker
*#3255648, Retained*

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
317-545-1760(W)

#### Attorney
Alexander R. Craig
*#3127349, Retained*

Craig Kelley & Faultless, LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216

317-545-1760(W)

<u>Attorney</u>
David W Craig
*#435698, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

<u>Attorney</u>
Samantha Christine Craig
*#3255349, Retained*

5845 Lawton Loop DR E
Indianapolis, IN 46216
317-545-1760(W)

<u>Attorney</u>
William J Kelley
*#1698969, Retained*

CRAIG KELLEY & FAULTLESS
5845 East Lawton Loop Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

## Chronological Case Summary

| 04/09/2021 | **Case Opened as a New Filing** |

| 04/12/2021 | **Appearance Filed** |
| | Appearance |

| | For Party: | Grinspan, Shani |
| | File Stamp: | 04/09/2021 |

| 04/12/2021 | **Complaint/Equivalent Pleading Filed** |
| | Complaint/Equivalent Pleading |

| | Filed By: | Grinspan, Shani |
| | File Stamp: | 04/09/2021 |

| 04/12/2021 | **Jury Trial Demand Filed** |
| | Jury Demand |

| | Filed By: | Grinspan, Shani |
| | File Stamp: | 04/09/2021 |

| 04/12/2021 | **Subpoena/Summons Filed** |
| | Subpoena/Summons Filed World Wide |

| | Filed By: | Grinspan, Shani |
| | File Stamp: | 04/09/2021 |

| 04/12/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Subpoena/Summons Filed Chahil |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/09/2021 |

| 04/16/2021 | **Amended Pleading Filed** |
|---|---|
| | Amended Complaint |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/15/2021 |

| 04/27/2021 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons World Wide |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/27/2021 |

| 04/27/2021 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons Chahil |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/27/2021 |

| 04/27/2021 | **Service Returned Served (E-Filing)** |
|---|---|
| | Signed Green Card |
| | Return of Service World Wide Carrier |
| | Return of Service World Wide Carrier |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/27/2021 |

| 04/27/2021 | **Service Returned Served (E-Filing)** |
|---|---|
| | Proof of Delivery |
| | Return of Service Chahil |
| | Return of Service Chahil |
| | Filed By: Grinspan, Shani |
| | File Stamp: 04/27/2021 |

| 04/30/2021 | **Appearance Filed** |
|---|---|
| | Appearance of RRF and LFD |
| | For Party: World Wide Carriers US Inc |
| | For Party: Chahil, Jagdeep |
| | File Stamp: 04/30/2021 |

| 04/30/2021 | **Notice Filed** |
|---|---|
| | Notice of Initial Enlargement of Time |
| | Filed By: World Wide Carriers US Inc |
| | Filed By: Chahil, Jagdeep |
| | File Stamp: 04/30/2021 |

| 04/30/2021 | **Jury Trial Demand Filed** |
|---|---|
| | Jury Demand |
| | Filed By: World Wide Carriers US Inc |
| | Filed By: Chahil, Jagdeep |
| | File Stamp: 04/30/2021 |

| 04/30/2021 | **Motion for Change of Judge Filed** |
| | Motion for Change of Judge |
| | Filed By: | Grinspan, Shani |
| | File Stamp: | 04/30/2021 |

| 04/30/2021 | **Order Granting Motion for Change of Judge** |
| | Judicial Officer: | Eisgruber, Kurt |
| | Order Signed: | 04/30/2021 |

| 05/01/2021 | **Automated ENotice Issued to Parties** |
| | Order Granting Motion for Change of Judge ---- 4/30/2021 : Alexander R. Craig;Christopher M. Barry;Scott Anthony Faultless;David W Craig;Samantha Christine Craig;William J Kelley;Lynsey David;Robert R. Foos;Whitney L. Coker |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Grinspan, Shani

Plaintiff

**Balance Due** (as of 05/07/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/12/2021 | Transaction Assessment | 157.00 |
| 04/12/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

Marion Superior Court 6

# In the _____ Court for Marion County
# State of Indiana

Cause No.

| | |
|---|---|
| Shani Grinspan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| World Wide Carriers US Inc., and | ) |
| Jagdeep Chahil, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

    Initiating __X__ Responding ____    Intervening ____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Shani Grinspan

2. Attorney information for service as required by Trial Rule 5(B)(2) and for

case information required by Trial Rules 3.1 and 77(B):

    David W. Craig, #4356-98
    Scott A. Faultless, #15736-49
    William J. Kelley, #16989-69
    Christopher M. Barry, #26254-49
    Alexander R. Craig, #31273-49
    Samantha C. Craig Stevens, #32553-49
    Whitney L. Coker, #32556-48
    Craig Kelley & Faultless LLC
    5845 Lawton Loop East Drive
    Indianapolis, IN 46216
    (317) 545-1760
    (317) 545-1794 (facsimile)
    ccrabtree@ckflaw.com (e-mail address)

Page 1 of 3

anapier@ckflaw.com (e-mail address)

3. This is a __CT__ case type as defined in Administrative Rule 8(B)(3).

4. We will accept service from other parties by:

       Facsimile at the above noted number:  Yes __X__ No ____

       Email at the above noted address:  Yes __X__ No ____

5. This case involves child support issues. Yes ____ No __X__

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __X__

7. This case involves a petition for involuntary commitment.  Yes ____ No __X__

8. There are related cases: Yes ____ No __X__

9. Additional information required by local rule:  None

10. There are other party members: Yes ____ No __X__

11. This form has been served on all other parties and Certificate of Service is attached:  Yes __X__ No ___

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *David W. Craig*
David W. Craig, #4356-98

/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing is being filed using the Indiana E-Filing System and served upon the Defendant(s) with the Summons and Complaint.

/s/ *Scott A. Faultless*
Scott A. Faultless

Case 1:21-cv-01155-TWP-DLP   Document 1-2   Filed 04/27/21   Page 10 of 44 PageID #: 13

Filed: 4/8/2021 3:19 PM
Clerk
Marion County, Indiana

49D06-2104-CT-012177
Marion Superior Court 6

IN THE _____ COURT FOR MARION COUNTY
STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| SHANI GRINSPAN, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
|     DEFENDANTS. | ) |

## COMPLAINT

Plaintiff Shani Grinspan, by counsel, hereby asserts claims for relief against Defendants World Wide Carriers US Inc., and Jagdeep Chahil. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Shani Grinspan was domiciled in Wayne County, Indiana.

2. At all times relevant herein, Jagdeep Chahil was traveling in Marion County, Indiana.

3. At all times relevant herein, World Wide Carriers US Inc. was doing business in the State of Indiana.

4. At all times relevant herein, Jagdeep Chahil was an employee of World Wide Carriers US Inc. and working within the scope of said employment.

5. At all times relevant herein, World Wide Carriers US Inc. was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as

incorporated by reference in Indiana Code §8-2.1-24-18.

6. On December 2, 2020, at approximately 4:54 p.m., Shani Grinspan was driving a Toyota on Interstate 70 in Indianapolis, Indiana.

7. At said date and time, Jagdeep Chahil was driving a Semi-Tractor and Trailer behind the Toyota.

8. At all times relevant herein, the Semi-Tractor and Trailer being operated by Jagdeep Chahil was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulation as incorporated by reference in Indiana Code §8-2.1-24-18.

9. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Jagdeep Chahil, was subjected to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana §8-2.1-24-18.

10. At said date and time, Jagdeep Chahil was grossly negligent in driving the Semi-Tractor and Trailer including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and failing to maintain a reasonably safe distance between the vehicles.

11. On December 2, 2020, at approximately 4:54 p.m., the grossly negligent conduct of Jagdeep Chahil in driving the Semi-Tractor and Trailer was a responsible cause of a collision with the Toyota being occupied by Shani Grinspan.

12. The grossly negligent conduct of Jagdeep Chahil was the unexcused violation of one or more laws designed to protect the class of persons, including Shani

Grinspan, against the type of harm which occurred because of the violation.

13. The grossly negligent conduct of Jagdeep Chahil was a responsible cause of Shani Grinspan experiencing harms, including injuries, pain, suffering, and damages.

**WHEREFORE**, Plaintiff Shani Grinspan prays that the Court enters a judgment against Defendants World Wide Carriers US Inc. and Jagdeep Chahil for compensatory damages in an amount sufficient to remedy the harms to Plaintiff Shani Grinspan, for punitive damages, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ *David W. Craig*
David W. Craig, #4356-98


/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

Case 1:21-cv-01155-TWP-DLP   Document 1-1   Filed 04/27/21   Page 13 of 44 PageID #: 19

Filed: 4/9/2021 3:19 PM
Clerk
Marion County, Indiana

49D06-2104-CT-012127
Marion Superior Court 6

IN THE _____ COURT FOR MARION COUNTY
STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| SHANI GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

## **JURY TRIAL DEMAND**

Plaintiff Shani Grinspan, by counsel, pursuant to Trial Rule 38 of the

Indiana Rules of Procedure and the Constitution of the State of Indiana, hereby

demands a trial by jury on all issues in this cause.


Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ *David W. Craig*
David W. Craig, #4356-98


/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

<u>Attorneys for Plaintiff</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing is being filed using the Indiana E-Filing System and served upon the Defendant(s) with the Summons and Complaint.

<u>/s/ *Scott A. Faultless*</u>
Scott A. Faultless

Case 1:21-cv-01155-TWP-DLP   Document 1-4  Filed 04/27/21   Page 15 of 44 PageID #: 21

Filed: 4/9/2021 3:19 PM
Clerk
Marion County, Indiana

49D06-2104-CT-012127

Marion Superior Court 6

# In the _____ Court for Marion County State of Indiana

## Cause No.

| | |
|---|---|
| Shani Grinspan, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| World Wide Carriers US Inc., and Jagdeep Chahil, | ) |
| | ) |
|     Defendants. | ) |

## SUMMONS

**TO DEFENDANT:**    World Wide Carriers US Inc.
c/o United Corporate Services, Inc., Registered Agent
2285 South Michigan Road
Eaton Rapids, Michigan 48827

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

4/12/2021
_____
Date

_____
Clerk of the Marion County Courts

David W. Craig, #4356-98
Scott A. Faultless, #15736-49
Craig Kelley & Faultless llc
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760

The following manner of service of Summons is hereby designated:
__X___ Registered or certified mail.
_____ Personal Service by Sheriff.
_____ Service upon Defendant at employer:
_____ Service upon agent or other:



## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered/Certified mail, return receipt requested, tracking number _____, at the address identified on the Summons.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
                    5848 Lawton Loop East Drive
                    Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20_____.

(2)   I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20_____.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
                    5848 Lawton Loop East Drive
                    Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1)   By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20____.
(2)   By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Marion County, Indiana

By: _____

Case 1:21-cv-01155-TWP-DLP   Document 1-1   Filed 05/07/21   Page 17 of 44 PageID #: 23
Filed: 4/12/2021 3:19 PM
Clerk
Marion County, Indiana

Marion Superior Court 6

# IN THE _____ COURT FOR MARION COUNTY STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| SHANI GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND JAGDEEP CHAHIL, | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |

## SUMMONS

**TO DEFENDANT:**     Jagdeep Chahil
63 Springtown Trail
Brampton Ontario Canada L6R2C9

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

| | |
|---|---|
| 4/12/2021 | *Myla A. Eldridge* |
| Date | Clerk of the Marion County Courts |

David W. Craig, #4356-98
Scott A. Faultless, #15736-49
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760

The following manner of service of Summons is hereby designated:
__X___ Registered or certified mail.
_____ Personal Service by Sheriff.
_____ Service upon Defendant at employer:
_____ Service upon agent or other:



## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered/Certified mail, return receipt requested, tracking number _____, at the address identified on the Summons.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20_____.

(2)   I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20_____.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1)   By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20_____.
(2)   By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Marion County, Indiana

By: _____

# IN THE SUPERIOR COURT FOR MARION COUNTY
# STATE OF INDIANA

### CAUSE NO. 49D06-2104-CT-012127

| | |
|---|---|
| SHANI AZOULAY GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

## AMENDED COMPLAINT

Plaintiff Shani Azoulay Grinspan, by counsel, hereby asserts claims for relief against Defendants World Wide Carriers US Inc., and Jagdeep Chahil. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Shani Azoulay Grinspan was domiciled in Wayne County, Indiana.

2. At all times relevant herein, Jagdeep Chahil was traveling in Marion County, Indiana.

3. At all times relevant herein, World Wide Carriers US Inc. was doing business in the State of Indiana.

4. At all times relevant herein, Jagdeep Chahil was an employee of World Wide Carriers US Inc. and working within the scope of said employment.

5. At all times relevant herein, World Wide Carriers US Inc. was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as

incorporated by reference in Indiana Code §8-2.1-24-18.

6. On December 2, 2020, at approximately 4:54 p.m., Shani Azoulay Grinspan was driving a Toyota on Interstate 70 in Indianapolis, Indiana.

7. At said date and time, Jagdeep Chahil was driving a Semi-Tractor and Trailer behind the Toyota.

8. At all times relevant herein, the Semi-Tractor and Trailer being operated by Jagdeep Chahil was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulation as incorporated by reference in Indiana Code §8-2.1-24-18.

9. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Jagdeep Chahil, was subjected to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana §8-2.1-24-18.

10. At said date and time, Jagdeep Chahil was grossly negligent in driving the Semi-Tractor and Trailer including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and failing to maintain a reasonably safe distance between the vehicles.

11. On December 2, 2020, at approximately 4:54 p.m., the grossly negligent conduct of Jagdeep Chahil in driving the Semi-Tractor and Trailer was a responsible cause of a collision with the Toyota being occupied by Shani Azoulay Grinspan.

12. The grossly negligent conduct of Jagdeep Chahil was the unexcused violation

of one or more laws designed to protect the class of persons, including Shani Azoulay Grinspan, against the type of harm which occurred because of the violation.

13. The grossly negligent conduct of Jagdeep Chahil was a responsible cause of Shani Azoulay Grinspan experiencing harms, including injuries, pain, suffering, and damages.

**WHEREFORE**, Plaintiff Shani Azoulay Grinspan prays that the Court enters a judgment against Defendants World Wide Carriers US Inc. and Jagdeep Chahil for compensatory damages in an amount sufficient to remedy the harms to Plaintiff Shani Azoulay Grinspan, for punitive damages, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *David W. Craig*
David W. Craig, #4356-98

/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following via the U.S. Postal Service, upon the following on the 15th day of April, 2021.

Jagdeep Chahil
63 Springtown Trail
Brampton Ontario Canada L6R2C9

World Wide Carriers US Inc
c/o United Corporate Service Inc, RA
2285 South Michigan Road
Eaton Rapids, MI 48827

/s/ Scott A. Faultless
Scott A. Faultless

# IN THE SUPERIOR COURT FOR MARION COUNTY
# STATE OF INDIANA

## CAUSE NO. 49D06-2104-CT-012127

| | |
|---|---|
| SHANI AZOULAY GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS TO DEFENDANT, WORLD WIDE CARRIERS US INC

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 12th day of April, 2021, I mailed a copy of the Summons issued by the Clerk and a copy of the file-marked Complaint to Defendant, World Wider Carriers US, Inc, c/o United Corporate Services, Inc, RA, 2285 South Michigan Road Eaton Rapids, MI 44827 by certified mail (tracking number 7020 0640 0000 6675 3594) and requested a return receipt signed by addressee.

DATED:   April 27, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/Scott A. Faultless
Scott A. Faultless#15736-49
Attorney for Plaintiff

1

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

# IN THE SUPERIOR COURT FOR MARION COUNTY
# STATE OF INDIANA

## CAUSE NO. 49D06-2104-CT-012127

| | |
|---|---|
| SHANI AZOULAY GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

### CERTIFICATE OF ISSUANCE OF SUMMONS TO
### DEFENDANT, JAGDEEP CHAHIL

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 12th day of April, 2021, I mailed a copy of the Summons issued by the Clerk and a copy of the file-marked Complaint to Defendant, Jagdeep Chahil, 63 Springtown TRL, Brampton, ON. CA L6R2C9 by certified mail (tracking number RE124471157US) and requested a return receipt signed by addressee.

DATED:   April 27, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/Scott A. Faultless
Scott A. Faultess#15736-49
Attorney for Plaintiff

1

<u>Attorneys for Plaintiff</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

World Wide Carriers US, Inc.
c/o United Corporate Services, Inc.
Registered Agent
2285 South Michigan Road
Eaton Rapids, Michigan 44827

9590 9402 3948 8060 4615 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 14 2021

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery

# In the Superior Court for Marion County
## State of Indiana

### Cause No. 49D06-2104-CT-012127

| | |
|---|---|
| Shani Azoulay Grinspan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| World Wide Carriers US Inc., and | ) |
| Jagdeep Chahil, | ) |
| | ) |
| Defendants. | ) |

### PROOF OF SERVICE OF SUMMONS ON
### DEFENDANT, WORLD WIDE CARRIERS US INC

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 16th day of April 2021, I received the attached certified mail proof of delivery, indicating that the Summons and Complaint in this cause of action were served upon Defendant, World Wide Carrier US Inc, c/o United Corporate Services, Inc, RA, 2285 South Michigan Road, Eaton Rapids, MI 44827 , via certified mail (tracking number 7020 0640 0000 6675 3594) on April 14, 2021.

DATED:   April 27, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/Scott A Faultless
Scott A. Faultless#15736-49
Attorney for Plaintiff

1

<u>Attorneys for Plaintiff</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

2

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** RE124471157US

Remove ✕

Your item was delivered in CANADA at 10:52 am on April 27, 2021.

## ⊘ Delivered

April 27, 2021 at 10:52 am
CANADA

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**April 27, 2021, 10:52 am**
Delivered
CANADA
Your item was delivered in CANADA at 10:52 am on April 27, 2021.

---

**April 27, 2021, 10:07 am**
Out for Delivery
CANADA

---

**April 27, 2021, 5:06 am**
Arrival at Post Office
CANADA

April 25, 2021, 4:27 pm
Arrived at Facility
CANADA

April 23, 2021, 1:38 pm
Processed Through Facility
CANADA

April 23, 2021, 1:38 pm
Customs Clearance
CANADA

April 17, 2021, 10:05 am
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

April 17, 2021, 9:59 am
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

April 13, 2021, 1:51 am
Departed USPS Facility
INDIANAPOLIS, IN 46206

April 12, 2021, 9:48 pm
Arrived at USPS Regional Facility
INDIANAPOLIS IN DISTRIBUTION CENTER

April 12, 2021, 11:50 am
USPS in possession of item
INDIANAPOLIS, IN 46236

**Product Information** ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# IN THE SUPERIOR COURT FOR MARION COUNTY
# STATE OF INDIANA

### CAUSE NO. 49D06-2104-CT-012127

| | |
|---|---|
| SHANI AZOULAY GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

## PROOF OF SERVICE OF SUMMONS ON
## DEFENDANT, JAGDEEP CHAHIL

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 27th day of April 2021, I received the attached certified mail proof of delivery, indicating that the Summons and Complaint in this cause of action were served upon Defendant, Jagdeep Chahil, 63 Springtown TRL, Brampton, ON. CA L6R2C9 , via certified mail (tracking number RE124471157US) on April 27, 2021.

DATED:   April 27, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/Scott A Faultless
Scott A. Faultless#15736-49
Attorney for Plaintiff

1

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| SHANI GRINSPAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D06-2104-CT-012127 |
| v. | ) | |
| | ) | |
| WORLD WIDE CARRIERS US INC. AND | ) | |
| JAGDEEP CHAHIL, | ) | |
| | ) | |
| Defendants. | | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### WORLD WIDE CARRIERS US INC. AND JAGDEEP CHAHIL

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| **Robert R. Foos, Jr.** | **Attorney No. 20885-45** |
| **Lynsey F. David** | **Attorney No. 32594-49** |
| LEWIS WAGNER, LLP | Phone:  (317) 237-0500 |
| 501 Indiana Avenue, Suite 200 | Fax:   (317) 630-2790 |
| Indianapolis, IN  46202 | rfoos@lewiswagner.com |
| | ldavid@lewiswagner.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____ No _X_  (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the
        following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.      I will accept service by fax at the above noted number: Yes _____ No _X_
        Counsel would represent to the court that fax service is acceptable in emergency
        situations.

6.      This case involves support issues.  Yes _____ No _X_  (If yes, supply social security
        numbers for all family members on continuation page.)

7.      There are related cases. Yes _____ No _X_  *(If yes, list* on continuation page.)

8.      This form has been served on all other parties.  Certificate of Service is attached.
        Yes _X_   No _____

9.      Additional information required by local rule:_____

                                LEWIS WAGNER, LLP


                        By:     */s/ Lynsey F. David*_____
                                ROBERT R. FOOS, JR., #20885-45
                                LYNSEY F. DAVID, #32594-49
                                **Counsel for Defendants**

2

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on April 30, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

David W. Craig
Scott A. Faultless
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN  46216
***Counsel for Plaintiff***

                      By: */s/ Lynsey F. David*_____
                         LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:      317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com

Filed: 4/30/2021 9:36 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| SHANI GRINSPAN, | ) |
| | ) |
|        Plaintiff, | ) |
| | )   CAUSE NO.:   49D06-2104-CT-012127 |
|      v. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC. AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
|        Defendants. | |

## NOTICE OF INITIAL ENLARGEMENT OF TIME

Defendants, World Wide Carriers US Inc. and Jagdeep Chahil, by counsel, pursuant to

Marion County Superior Court Rule LR 49-TR5 Rule 203(D), respectfully provide notice of their

initial enlargement of time.  In support, Defendants state as follows:

1.      Plaintiff filed their Complaint with this Court on April 9, 2021.

2.      Defendant, World Wide Carriers US Inc., received service of this Complaint on

April 14, 2021.  Defendant, Jagdeep Chahil received service of this Complaint on April 27, 2021.

3.      Pursuant to the Indiana Rules of Trial Procedure, Defendants must answer or

otherwise respond to Plaintiff's Complaint on or before May 7, 2021.

4.      This time has not yet expired.

5.      Defendants require additional time to prepare and file a response to Plaintiff's

Complaint.

6.      This is Defendants' first enlargement of time.

7.      After a 30-day enlargement of time, the new deadline for Defendants to answer or

otherwise respond to Plaintiff's Complaint is June 7, 2021.

WHEREFORE, pursuant to Marion County Superior Court Rule LR 49-TR5 Rule 203(D),

Defendants have until June 7, 2021, to answer or otherwise respond to Plaintiff's Complaint.


LEWIS WAGNER, LLP



By:     */s/ Lynsey F. David*_____
        ROBERT R. FOOS, JR., #20885-45
        LYNSEY F. DAVID, #32594-49
        **Counsel for Defendants**


## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

David W. Craig
Scott A. Faultless
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN  46216
**Counsel for Plaintiff**


By: */s/ Lynsey F. David*_____
    LYNSEY F. DAVID


LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com


2

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| SHANI GRINSPAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:   49D06-2104-CT-012127 |
| v. | ) | |
| | ) | |
| WORLD WIDE CARRIERS US INC. AND | ) | |
| JAGDEEP CHAHIL, | ) | |
| | ) | |
| Defendants. | | |

**<u>JURY DEMAND</u>**

Defendants World Wide Carriers US Inc. and Jagdeep Chahil, by counsel, pursuant to

Trial Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully request that this cause of

action be tried by a jury.

LEWIS WAGNER, LLP

By:   */s/ Lynsey F. David*
ROBERT R. FOOS, JR., #20885-45
LYNSEY F. DAVID, #32594-49
***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2021, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered.

David W. Craig
Scott A. Faultless
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN  46216
***Counsel for Plaintiff***

By: */s/ Lynsey F. David*
    LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:      317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com

2

Filed: 4/30/2021 9:51 AM
Clerk
Marion County, Indiana

# IN THE SUPERIOR COURT FOR MARION COUNTY
# STATE OF INDIANA

### CAUSE NO. 49D06-2104-CT-012127

| | |
|---|---|
| SHANI AZOULAY GRINSPAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| WORLD WIDE CARRIERS US INC., AND | ) |
| JAGDEEP CHAHIL, | ) |
| | ) |
| DEFENDANTS. | ) |

## MOTION FOR CHANGE OF JUDGE

Plaintiff Shani Azoulay Grinspan, by counsel, moves for a change of judge pursuant to Trial Rule 76(C). In support of this motion, the Plaintiff states:

1. The issues are not yet closed on the merits because the Defendant has not yet filed a responsive pleading.

2. Plaintiff has not previously requested a change of Judge in this case.

**WHEREFORE**, Plaintiff Shani Azoulay Grinspan pray that the court grants this motion, and for all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Page 1 of 2

<u>Attorneys for Plaintiff</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel via Indiana's e-filing system, and electronic mail, upon the following on the 30th day of April, 2021.

Robert R. Foos Jr #20885-45
Lynsey F. David #32594.49
Lewis Wagner LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202

/s/ Scott A. Faultless
Scott A. Faultless

## IN THE SUPERIOR COURT FOR MARION COUNTY
## STATE OF INDIANA

CAUSE NO. 49D06-2104-CT-012127

|  |  |  |
|---|---|---|
| SHANI AZOULAY GRINSPAN, | ) | |
| | ) | **F I L E D** |
| PLAINTIFF, | ) | |
| | ) | April 30, 2021 |
| v. | ) | CLERK OF THE COURT |
| | ) | MARION COUNTY |
| WORLD WIDE CARRIERS US INC., AND | ) | JW |
| JAGDEEP CHAHIL, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### ORDER GRANTING CHANGE OF JUDGE

This matter came before the Court on a motion for change of judge filed by the Plaintiff. Being duly informed, the Court finds that the motion should be granted.

**THEREFORE BE IT ORDERED, ADJUDGED AND DECREED** that pursuant to Ind. Trial Rule 79(D), the parties are hereby given seven (7) days from the date of this order to agree to an eligible special judge. If notice of an agreement is not filed within seven (7) days from the date of this order, then the Clerk of the Court shall select an eligible special judge.

SO ORDERED on **April 30, 2021**.

_____
The Honorable Kurt Eisgruber
Judge, Marion Court

Distribution:  All attorneys of record